AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1951(a) - Conspiracy To Interfere with Commerce by Robbery and Extortion; 18 U.S.C. §§ 1951(a) and 2 - Interference with Commerce by Robbery and Extortion and Aiding and Abetting; 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHEMENT

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
ANTONIO DERAY DARNELL,
a/k/a "Young Rayda," a/k/a "Rayda," a/k/a "Ray Ray."

**DISTRICT COURT NUMBER**
CR08-0326 CW

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): JAMES C. MANN, AUSA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR ANTONIO DERAY DARNELL, TERRELL ANTONIO MOORE, AND ANTONIO DAVID OCHOA, JR.

**Count One:** (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Conspiracy To Interfere With Commerce By Robbery And Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Two:** (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Three:** (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

    (1)    Imprisonment:    Maximum Life Imprisonment
                                   Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
    (2)    Fine:    $250,000
    (3)    Supervised Release:    Maximum 5 Years
    (4)    Special Assessment.    $100.00

**Count Four:** (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Five**: **(DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).**

    (1)    Imprisonment:    Maximum Life Imprisonment
                                      Mandatory Minimum 25 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
    (2)    Fine:    $250,000
    (3)    Supervised Release:    Maximum 5 Years
    (4)    Special Assessment.    $100.00

**Count Five**: **(DEFENDANT OCHOA) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).**

    (1)    Imprisonment:    Maximum Life Imprisonment
                                      Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
    (2)    Fine:    $250,000
    (3)    Supervised Release:    Maximum 5 Years
    (4)    Special Assessment.    $100.00

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1951(a) - Conspiracy To Interfere with Commerce by Robbery and Extortion; 18 U.S.C. §§ 1951(a) and 2 - Interference with Commerce by Robbery and Extortion and Aiding and Abetting; 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHEMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
TERRELL ANTONIO MOORE,
a/k/a "T."

DISTRICT COURT NUMBER
**CR08-0326 CW**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**MAY 1 4 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
   ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Alameda County

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

<u>**ATTACHMENT TO PENALTY SHEET FOR ANTONIO DERAY DARNELL, TERRELL ANTONIO MOORE, AND ANTONIO DAVID OCHOA, JR.**</u>

<u>Count One</u>: (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Conspiracy To Interfere With Commerce By Robbery And Extortion).

  (1) Imprisonment:  Maximum 20 Years Imprisonment
  (2) Fine:      Maximum $250,000
  (3) Supervised Release: Maximum 3 Years
  (4) Special Assessment: $100.00

<u>Count Two</u>: (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

  (1) Imprisonment:  Maximum 20 Years Imprisonment
  (2) Fine:      Maximum $250,000
  (3) Supervised Release: Maximum 3 Years
  (4) Special Assessment: $100.00

<u>Count Three</u>: (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

  (1) Imprisonment:  Maximum Life Imprisonment
              Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
  (2) Fine:      $250,000
  (3) Supervised Release: Maximum 5 Years
  (4) Special Assessment. $100.00

<u>Count Four</u>: (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

  (1) Imprisonment:  Maximum 20 Years Imprisonment
  (2) Fine:      Maximum $250,000
  (3) Supervised Release: Maximum 3 Years
  (4) Special Assessment: $100.00

**Count Five**: (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 25 Years Imprisonment Consecutive To Any Other Term Of Imprisonment |
| (2) | Fine: | $250,000 |
| (3) | Supervised Release: | Maximum 5 Years |
| (4) | Special Assessment. | $100.00 |

**Count Five**: (DEFENDANT OCHOA) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment |
| (2) | Fine: | $250,000 |
| (3) | Supervised Release: | Maximum 5 Years |
| (4) | Special Assessment. | $100.00 |

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1951(a) - Conspiracy To Interfere with Commerce by Robbery and Extortion; 18 U.S.C. §§ 1951(a) and 2 - Interference with Commerce by Robbery and Extortion and Aiding and Abetting; 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
ANTHONY DAVID OCHOA, JR.,
a/k/a "Ant."

DISTRICT COURT NUMBER
CR08-0326 CW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Alameda County

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                     Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEET FOR ANTONIO DERAY DARNELL, TERRELL ANTONIO MOORE, AND ANTONIO DAVID OCHOA, JR.

**Count One:** (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Conspiracy To Interfere With Commerce By Robbery And Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Two:** (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Three:** (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

    (1)    Imprisonment:    Maximum Life Imprisonment
                                    Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment
    (2)    Fine:    $250,000
    (3)    Supervised Release:    Maximum 5 Years
    (4)    Special Assessment.    $100.00

**Count Four:** (ALL DEFENDANTS) (18 U.S.C. § 1951(a)--Interference With Commerce By Robbery and Extortion).

    (1)    Imprisonment:    Maximum 20 Years Imprisonment
    (2)    Fine:    Maximum $250,000
    (3)    Supervised Release:    Maximum 3 Years
    (4)    Special Assessment:    $100.00

**Count Five**: (DEFENDANTS DARNELL AND MOORE) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 25 Years Imprisonment Consecutive To Any Other Term Of Imprisonment |
| (2) | Fine: | $250,000 |
| (3) | Supervised Release: | Maximum 5 Years |
| (4) | Special Assessment. | $100.00 |

**Count Five**: (DEFENDANT OCHOA) (18 U.S.C. § 924(c)(1)(A)(ii)--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence).

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive To Any Other Term Of Imprisonment |
| (2) | Fine: | $250,000 |
| (3) | Supervised Release: | Maximum 5 Years |
| (4) | Special Assessment. | $100.00 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



**CR08-0326      CW**

UNITED STATES OF AMERICA,

V.

ANTONIO DERAY DARNELL,
a/k/a "Young Rayda", a/k/a "Rayda",
a/k/a "Ray Ray",
TERRELL ANTONIO MOORE, a/k/a "T",
ANTHONY DAVID OCHOA, JR.,
a/k/a "Ant"

DEFENDANT(S).

---

## FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## INDICTMENT

18 U.S.C. § 1951(a) - Conspiracy To Interfere with Commerce by Robbery and Extortion; 18 U.S.C. §§ 1951(a) and 2 - Interference with Commerce by Robbery and Extortion and Aiding and Abetting; 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting

_____
A true bill.

_____ Deputy  Foreman

Filed in open court this __14__ day of May, 2008.

_____
Clerk

Bail $ _No bail arrest warrants._

Wayne D. Brazil      5/14/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO DERAY DARNELL,<br>　a/k/a "Young Rayda,"<br>　a/k/a "Rayda,"<br>　a/k/a "Ray Ray,"<br>TERRELL ANTONIO MOORE,<br>　a/k/a "T," and<br>ANTHONY DAVID OCHOA, JR.,<br>　a/k/a "Ant,"<br><br>　　　　Defendants. | No. CR 08-0326 CW<br><br>VIOLATIONS: 18 U.S.C. § 1951(a) - Conspiracy To Interfere with Commerce by Robbery and Extortion; 18 U.S.C. §§ 1951(a) and 2 - Interference with Commerce by Robbery and Extortion and Aiding and Abetting; 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 - Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:　　(18 U.S.C. § 1951(a)--Conspiracy To Interfere With Commerce By Robbery and Extortion)

　　1.　　Beginning on a date unknown to the Grand Jury, but no later than April 4, 2008, and continuing to on or about April 11, 2008, in the Northern District of California, the defendants,

INDICTMENT

ANTONIO DERAY DARNELL,
a/k/a "Young Rayda,"
a/k/a "Rayda,"
a/k/a "Ray Ray,"
TERRELL ANTONIO MOORE,
a/k/a "T," and
ANTHONY DAVID OCHOA, JR.,
a/k/a "Ant,"

did knowingly and willfully conspire to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, namely, vehicles listed for sale on the website Craigslist.org, by robbery and extortion in violation of Title 18, United States Code, Section 1951(a).

## MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

2.     DARNELL and MOORE would identify target vehicles and victims through advertisements listing vehicles for sale on the website Craigslist.org. In particular, DARNELL and MOORE would search for vehicles with custom rims.

3.     DARNELL and MOORE would plan the execution of the robberies, which involved posing as potential purchasers of the target vehicles and then taking the target vehicles from the victim-owners at gunpoint.

4.     DARNELL and MOORE would recruit others, including OCHOA, to act as robbers and drivers during the robberies.

5.     DARNELL and MOORE, acting as interested purchasers, would call the victims and request to view the target vehicles listed for sale on Craigslist.org by the victims.

6.     OCHOA would drive DARNELL and MOORE to meet the victim-owners of the target vehicles.

7.     DARNELL and MOORE would approach the victim-owners of the target vehicles and request to test drive the vehicles.

8.     During the purported test drives, DARNELL and MOORE would intimidate and threaten the victim-owners of the vehicles by brandishing firearms and pointing them at the victim-owners.

INDICTMENT                                          2

9.   DARNELL and MOORE would order the victim-owners out of and away from the target vehicles at gunpoint.

10.   DARNELL and MOORE would order the victim-owners to give their cellular telephones, money, and other items of value to the defendants.

11.   DARNELL and MOORE would flee in the victims' vehicles.

12.   DARNELL and MOORE would later strip the vehicles of valuable items, such as custom rims, and sell those items.

## OVERT ACTS

13.   In furtherance of the conspiracy and to accomplish the objects of the conspiracy, DARNELL, MOORE, and OCHOA committed various overt acts in the Northern District of California, including but not limited to the following:

a.   On or about April 4, 2008, DARNELL and MOORE identified as a robbery target the vehicle owned by the person known to the Grand Jury as Victim One, which was listed for sale on the website Craigslist.org.

b.   On or about April 4, 2008, in the early evening, DARNELL called Victim One and expressed interest in purchasing the vehicle listed for sale by Victim One on Craigslist.org.

c.   On or about April 4, 2008, during the same telephone call mentioned in the previous paragraph, DARNELL requested that Victim One meet DARNELL at 7:00 p.m. on the same date at the Jack In The Box restaurant on West Winton Avenue in Hayward, California.

d.   On or about April 4, 2008, when Victim One arrived at the parking lot of the Jack In The Box restaurant, DARNELL approached Victim One and asked to test drive Victim One's vehicle.

e.   On or about April 4, 2008, DARNELL test drove Victim One's vehicle, while Victim One sat in the passenger seat, and MOORE rode in the right, rear passenger seat.

f.   On or about April 4, 2008, during the purported test drive of Victim One's vehicle, MOORE pulled out a black, semiautomatic handgun from his pants, pointed it at Victim One's head, and ordered Victim One out of the vehicle.

1          g.      On or about April 4, 2008, while pointing the handgun at Victim One,
2  MOORE ordered Victim One to remove his pants and shoes.
3          h.      On or about April 4, 2008, when Victim One did not comply with
4  MOORE's demands, MOORE struck Victim One in and about Victim One's ribs with the
5  handgun.
6          i.      On or about April 4, 2008, MOORE took Victim One's pants, containing
7  Victim One's wallet and cellular telephone, and Victim One's shoes.
8          j.      On or about April 4, 2008, DARNELL and MOORE left the scene in
9  Victim One's vehicle.
10         k.      On or about April 7, 2008, DARNELL and MOORE identified as a
11 robbery target the vehicle owned by the person known to the Grand Jury as Victim Two, which
12 was listed for sale on the website Craigslist.org.
13         l.      On or about April 7, 2008, DARNELL called Victim Two and expressed
14 interest in purchasing the vehicle listed for sale by Victim Two on Craigslist.org.
15         m.      On or about April 11, 2008, DARNELL again called Victim Two and
16 expressed interest in purchasing the vehicle listed for sale by Victim Two on Craigslist.org.
17         n.      On or about April 11, 2008, during the same telephone call mentioned in
18 the previous paragraph, DARNELL requested that Victim Two meet DARNELL at the Conoco
19 Phillips 76 gas station in Hayward, California.
20         o.      On or about April 11, 2008, OCHOA drove DARNELL and MOORE, in a
21 stolen, black, pick-up truck, to the Conoco Phillips 76 gas station in Hayward, California to meet
22 Victim Two.
23         p.      On or about April 11, 2008, at approximately 5:00 p.m., DARNELL,
24 MOORE, and OCHOA drove past Victim Two's vehicle, which was parked in the vicinity of the
25 Conoco Phillips 76 gas station in Hayward, California.
26         q.      On or about April 11, 2008, OCHOA parked the stolen, black, pick-up
27 truck containing DARNELL and MOORE in the vicinity of Victim Two's vehicle.
28         r.      On or about April 11, 2008, DARNELL and MOORE exited the stolen,

INDICTMENT         4

1  black, pick-up truck and approached Victim Two.

2        s.    On or about April 11, 2008, DARNELL asked to test drive Victim Two's
3  vehicle, but Victim Two stated that he/she would have to drive.

4        t.    On or about April 11, 2008, DARNELL sat in the front passenger seat of
5  Victim Two's vehicle, MOORE sat in the middle, rear seat of Victim Two's vehicle, and Victim
6  Two drove.

7        u.    On or about April 11, 2008, during the purported test drive, MOORE
8  requested that Victim Two stop the vehicle so that DARNELL and MOORE could inspect it.

9        v.    On or about April 11, 2008, as Victim Two exited the vehicle, MOORE
10 stood on the rear seat of Victim Two's vehicle, jumped out, and pointed a revolver at Victim
11 Two, while stating: "This is our car now. We the stick up kids."

12       w.    On or about April 11, 2008, DARNELL instructed MOORE to get Victim
13 Two's phones.

14       x.    On or about April 11, 2008, while pointing the revolver at Victim Two,
15 MOORE demanded and took Victim Two's belongings, which included two cellular telephones,
16 a wallet, and $21.00.

17       y.    On or about April 11, 2008, DARNELL and MOORE left the scene in
18 Victim Two's vehicle.

19       z.    On or about April 11, 2008, DARNELL and MOORE abandoned Victim
20 Two's vehicle close to their friend's residence on Crescent Avenue in Hayward, California.

21       aa.    On or about April 11, 2008, OCHOA, driving the stolen, black, pick-up
22 truck, picked up DARNELL and MOORE at the location at which DARNELL and MOORE had
23 abandoned Victim Two's vehicle.

24       bb.    On or about April 11, 2008, OCHOA drove the stolen, black, pick-up
25 truck containing DARNELL and MOORE into the parking lot of a Bank of America in Hayward,
26 California, and all three defendants fled from law enforcement on foot.

27     All in violation of Title 18, United States Code, Section 1951(a).

28 ////

INDICTMENT        5

COUNT TWO:   (18 U.S.C. §§ 1951(a)--Interference With Commerce By Robbery and Extortion and Aiding and Abetting)

On or about April 4, 2008, in the Northern District of California, the defendants,

ANTONIO DERAY DARNELL,
a/k/a "Young Rayda,"
a/k/a "Rayda,"
a/k/a "Ray Ray," and
TERRELL ANTONIO MOORE,
a/k/a "T,"

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, namely, a green, four-door 1998 Buick Park Avenue with 22-inch chrome rims, by robbery and extortion, in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT THREE:   (18 U.S.C. §§ 924(c)(l)(A)(ii) and 2--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting)

On or about April 4, 2008, in the Northern District of California, the defendants,

ANTONIO DERAY DARNELL,
a/k/a "Young Rayda,"
a/k/a "Rayda,"
a/k/a "Ray Ray," and
TERRELL ANTONIO MOORE,
a/k/a "T,"

did knowingly use, carry, and brandish a firearm during and in relation to the crimes of violence alleged in Counts One and Two herein, which crimes may be prosecuted in a court of the United States, and, in furtherance of those crimes, did possess and brandish that firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

////
////
////
////
////
////

INDICTMENT                                6

| | |
|---|---|
| COUNT FOUR: | (18 U.S.C. §§ 1951(a)--Interference With Commerce By Robbery and Extortion and Aiding and Abetting) |

On or about April 11, 2008, in the Northern District of California, the defendants,

> ANTONIO DERAY DARNELL,
> a/k/a "Young Rayda,"
> a/k/a "Rayda,"
> a/k/a "Ray Ray,"
> TERRELL ANTONIO MOORE,
> a/k/a "T," and
> ANTHONY DAVID OCHOA, JR.,
> a/k/a "Ant,

did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, namely, a brown two-door 1972 Ford LTD convertible with 26-inch chrome rims, by robbery and extortion, in violation of Title 18, United States Code, Sections 1951(a) and 2.

| | |
|---|---|
| COUNT FIVE: | (18 U.S.C. §§ 924(c)(1)(A)(ii) and 2--Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting) |

On or about April 11, 2008, in the Northern District of California, the defendants,

> ANTONIO DERAY DARNELL,
> a/k/a "Young Rayda,"
> a/k/a "Rayda,"
> a/k/a "Ray Ray,"
> TERRELL ANTONIO MOORE,
> a/k/a "T," and
> ANTHONY DAVID OCHOA, JR.,
> a/k/a "Ant,"

did knowingly use, carry, and brandish a firearm during and in relation to the crimes of violence alleged in Counts One and Four herein, which crimes may be prosecuted in a court of the United States, and, in furtherance of those crimes, did possess and brandish that firearm, all in violation

////
////
////
////
////

INDICTMENT                                       7

of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

DATED:   May 14, 2008            A TRUE BILL.

                                 Deputy FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
                     AUSA GARTH HIRE
                     AUSA J.C. MANN

INDICTMENT                            8