```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340-S
 6      Oakland, California 94612
        Telephone:  (510) 637-3705
 7      Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 08-0326 CW |
| --- | --- |
| Plaintiff, | ) SEALING APPLICATION AND |
| v. | ) SEALING ORDER |
| ANTONIO DERAY DARNELL, | ) |
|   a/k/a "Young Rayda," | ) |
|   a/k/a "Rayda," | ) |
|   a/k/a "Ray Ray," | ) |
| TERRELL ANTONIO MOORE, | ) |
|   a/k/a "T," and | ) |
| ANTHONY DAVID OCHOA, JR., | ) |
|   a/k/a "Ant," | ) |
| Defendants. | ) |

The United States requests that the Indictment, Penalty Sheet, and Arrest Warrants in the above-captioned case filed with the Court on May 14, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide copies of the Arrest Warrants to the United States Attorney's Office or the Federal Bureau of Investigation). The reason for this request is to facilitate the arrest of defendant Antonio Deray Darnell. Revealing the Indictment may compromise the arrest of Darnell.

SEALING APPLICATION AND ORDER

1   WHEREFORE, I respectfully request that the Court issue an Order granting this
2   Application.

3

4   DATED: May 14, 2008               Respectfully submitted,

5                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
6

7

8                                     JAMES C. MANN
                                      Assistant United States Attorney
9

10

11                                   **ORDER**

12      On the government's application, the Indictment, Penalty Sheet, and Arrest Warrants filed
13   with the Court on May 14, 2008, shall be filed under seal until further order of the Court (except
14   that the Clerk's office may provide copies of the Arrest Warrants to the United States Attorney's
15   Office or the Federal Bureau of Investigation).

16      IT IS SO ORDERED.

17

18   DATED: 5/14/08                   HONORABLE WAYNE D. BRAZIL
19                                    UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER        -2-