1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, ) | No.  CR-08-0326 CW |
| )  | |
| 13      Plaintiff, ) | [PROPOSED] ORDER DETAINING |
| )  | DEFENDANT ANTHONY DAVID |
| 14      v. ) | OCHOA, JR. PENDING TRIAL |

12  UNITED STATES OF AMERICA,       )       No.  CR-08-0326 CW
                                    )
13       Plaintiff,                 )       [PROPOSED] ORDER DETAINING
                                    )       DEFENDANT ANTHONY DAVID
14       v.                         )       OCHOA, JR. PENDING TRIAL
                                    )
15  ANTONIO DERAY DARNELL,          )
        a/k/a "Young Rayda,"        )       Date:       June 25, 2008
16      a/k/a "Rayda,"              )       Time:       9:30 a.m.
        a/k/a "Ray Ray,"            )       Court:      Hon. Nandor J. Vadas
17  TERRELL ANTONIO MOORE,          )
        a/k/a "T," and              )
18  ANTHONY DAVID OCHOA, JR.,       )
        a/k/a "Ant,"                )
19                                  )
                                    )
20       Defendants.                )
   _____ )

21

22       The defendant, Anthony David Ochoa, Jr., is charged with one count of conspiracy to

23  interfere with commerce by robbery and extortion in violation of 18 U.S.C. § 1951(a), one count

24  of interfering with commerce by robbery and extortion in violation of 18 U.S.C. § 1951(a), and

25  one count of using, carrying, and brandishing a firearm during and in relation to a crime of

26  violence in violation of 18 U.S.C. § 924(c)(l)(A)(ii).  He made his initial appearance before

27  United States Magistrate Judge Wayne D. Brazil on June 16, 2008.  On June 25, 2008, this Court

28  heard the United States' motion to detain defendant Ochoa without bail pending trial.  Defendant

[PROPOSED] ORDER RE: DETENTION
CR-08-0326 CW                              1

1  Ochoa was present, in custody, and represented by counsel.  The parties proceeded, without

2  objection, by proffer.  Both parties had an opportunity before the hearing to review a criminal

3  history report prepared by the United States Pretrial Services Agency.

4      After considering the evidence and the parties' arguments, this Court Orders that

5  defendant Ochoa be detained pending trial.  The Court finds by clear and convincing evidence

6  that defendant Ochoa poses a serious risk of danger to the community, and by a preponderance of

7  the evidence that there is a serious risk that defendant Ochoa will flee.

8      For the reasons stated on the record at the detention hearing, including the following, the

9  Court finds that under 18 U.S.C. § 3142(e), no condition or combination of conditions will

10  reasonably ensure defendant's appearance or the safety of the community:

11      1.      Defendant faces serious charges alleging that he committed crimes of

12  violence.  Specifically, according to the Indictment and the proffer by the government at the

13  detention hearing, defendant Ochoa was involved in a sophisticated car jacking plan in which a

14  victim was lured to a specific location in order to steal his/her car at gunpoint.  Additionally, and

15  again according to the Indictment and the proffer by the government at the hearing, defendant

16  Ochoa drove the getaway car to aid in the execution of the car jacking plan.  Defendant,

17  therefore, poses a serious danger to the community if he is released.

18      2.      Defendant has one previous conviction for evading the police.  According

19  to the Indictment and the proffer by the government at the hearing, defendant Ochoa fled from

20  the police again as part of the instant offense.  Defendant, therefore, poses a serious flight risk.

21      Based on the foregoing, the United States' motion for detention is GRANTED.  IT IS

22  HEREBY ORDERED that:

23      1.      Defendant Ochoa be detained pending trial pursuant to 18 U.S.C. § 3142;

24      2.      Defendant Ochoa be, and hereby is, committed to the custody of the

25  Attorney General for confinement in a corrections facility separate, to the extent practicable,

26  from persons awaiting or serving sentences or being held in custody pending appeals;

27      3.      Defendant Ochoa be afforded reasonable opportunity for private

28  consultation with his counsel; and

[PROPOSED] ORDER RE: DETENTION
CR-08-0326 CW                              2

1          4.      On order of a court of the United States or on request of an attorney for the

2    government, the person in charge of the corrections facility where defendant Ochoa is confined

3    shall deliver defendant Ochoa to an authorized Deputy United States Marshal for the purpose of

4    any appearance in connection with a court proceeding.

5

6    IT IS SO ORDERED

7

8    DATED: June ___, 2008

9                                                        _____
                                                         HONORABLE NANDOR J. VADAS
10                                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: DETENTION
CR-08-0326 CW                                    3