1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

UNITED STATES OF AMERICA,        )   No. CR-08-0326 CW
                                 )
       Plaintiff,                )   STIPULATED REQUEST TO EXCLUDE
                                 )   TIME UNDER THE SPEEDY TRIAL ACT
   v.                            )
                                 )   Date:    June 25, 2008
ANTONIO DERAY DARNELL,           )   Time:    9:30 a.m.
   a/k/a "Young Rayda,"          )   Court:   Hon. Nandor J. Vadas
   a/k/a "Rayda,"                )
   a/k/a "Ray Ray,"               )
TERRELL ANTONIO MOORE,           )
   a/k/a "T," and                )
ANTHONY DAVID OCHOA, JR.,        )
   a/k/a "Ant,"                  )
                                 )
                                 )
       Defendants.               )
                                 )

On June 25, 2008, the parties requested that the Court set the status conference for

Defendant Anthony David Ochoa, Jr. before the Honorable Claudia Wilken on August 6, 2008 at

2:00 p.m. and that the Court exclude time under the Speedy Trial Act between June 25, 2008 and

August 6, 2008.

The government has already produced discovery to counsel for Defendant Ochoa and

intends to produce additional discovery shortly. Defendant Ochoa, therefore, requires additional

STIP. REQ. TO VACATE STATUS HEARING TO AUGUST 6, 2008 AND TO EXCLUDE TIME
No. CR-08-0326 CW

1 time to review the discovery produced and to be produced by the government, to investigate this
2 matter, and to effectively prepare for the hearing taking into account the exercise of due
3 diligence. The extension is not sought for delay. The parties agree the ends of justice served by
4 granting the continuance outweigh the best interests of the public and the defendant in a speedy
5 trial. Therefore, the parties further stipulate and request that the Court exclude time between
6 June 25, 2008 and August 6, 2008 under the Speedy Trial Act for the reasons stated above and
7 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: June 25, 2008

| /s/ | /s/ |
|---|---|
| JAMES C. MANN | GAIL SHIFMAN |
| Assistant United States Attorney | Counsel for Anthony David Ochoa, Jr. |
| Counsel for United States | |

STIP. REQ. TO VACATE STATUS HEARING TO AUGUST 6, 2008 AND TO EXCLUDE TIME
No. CR-08-0326 CW

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )   No. CR-08-0326 CW
                                       )
12       Plaintiff,                    )   [PROPOSED] ORDER GRANTING
                                       )   STIPULATED REQUEST TO EXCLUDE
13       v.                            )   TIME UNDER THE SPEEDY TRIAL ACT
                                       )
14  ANTONIO DERAY DARNELL,             )   Date:   June 25, 2008
        a/k/a "Young Rayda,"           )   Time:   9:30 a.m.
15      a/k/a "Rayda,"                 )   Court:  Hon. Nandor J. Vadas
        a/k/a "Ray Ray,"               )
16  TERRELL ANTONIO MOORE,             )
        a/k/a "T," and                 )
17  ANTHONY DAVID OCHOA, JR.,          )
        a/k/a "Ant,"                   )
18                                     )
                                       )
19       Defendants.                   )
                                       )
20

21       The parties requested that time be excluded under the Speedy Trial Act between

22  Defendant Anthony David Ochoa, Jr.'s detention hearing on June 25, 2008 and Defendant

23  Ochoa's initial appearance before the United States District Court set for August 6, 2008 at 2:00

24  p.m. Given that discovery has only recently been produced in this matter, and the government

25  intends to produce additional discovery shortly, counsel requires time to effectively prepare for

26  the hearing, taking into account the exercise of due diligence. For this stated reason, the Court

27  finds that the ends of justice served by granting the continuance outweigh the best interests of the

28

STIP. REQ. TO VACATE STATUS HEARING TO AUGUST 6, 2008 AND TO EXCLUDE TIME
No. CR-08-0326 CW

1 public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18
2 U.S.C. § 3161(h)(8)(B)(iv),
3      **IT IS HEREBY ORDERED** that time between June 25, 2008 and August 6, 2008 is
4 excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
5 account the exercise of due diligence.

DATED: 6/30/08

HON. NANDOR J. VADAS
United States Magistrate Judge

STIP. REQ. TO VACATE STATUS HEARING TO AUGUST 6, 2008 AND TO EXCLUDE TIME
No. CR-08-0326 CW