UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/6/08**

**Plaintiff:**   United States

**v.**                                                              **No.**  CR-08-00326 CW

**Defendant:**        Antonio Deray Darnell (present - in custody)
                      Terrel Antonio Moore (present - in custody)
                      Anthony David Ochoa, Jr. (present- in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Rebecca Silbert for dft. Darnell
Frank Bell for dft. Moore
Gail Shifman for dft. Ochoa

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:   Trial Setting (initial app.)**

**Notes:**     This was the defendants first appearance before a District Judge.  Defense has received discovery, but more is coming.  The government has received additional requests for discovery and additional discovery will be produced. **Case continued to 10/1/08 at 2:00 p.m. for motions setting or trial setting or disposition.** Government shall be cooperative and produce discovery as quickly as it can.  Any motions re discovery should be noticed for a date earlier than 10/1/08.  Time excluded for effective preparation.

Copies to: Chambers