GAIL SHIFMAN, ESQ. (CSBN 147334)
LAW OFFICE OF GAIL SHIFMAN
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
ANTHONY OCHOA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY OCHOA,<br><br>Defendant. | CASE NO. CR-08-0326 CW (KAW)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING IDC HEARING DATE |

The parties stipulate and agree to continue the date set for the Identification of Counsel hearing on the Form 12 in this matter because of defense counsel's unavailability on the currently scheduled hearing date of September 25, 2015. The parties stipulate to continue the hearing until September 29, 2015 at 9:30 a.m. before the Honorable Kandis A. Westmore.

**IT IS SO STIPULATED.**

Dated: September 18, 2015

                LAW OFFICE OF GAIL SHIFMAN

                By: _____*/s/ Gail Shifman*_____
                    Gail Shifman
                    Attorney for Defendant Ochoa

Dated: September 18, 2015        BRIAN J. STRETCH
                                   UNITED STATES ATTORNEY

By: ___*/s/ Jennifer Tolkoff*___
JENNIFER TOLKOFF
Assistant United Attorney

[~~PROPOSED~~] **ORDER**

Based on the foregoing stipulation, **IT IS ORDERED** that the Identification of Counsel hearing date of September 25, shall be vacated and continued until September 29, 2015 at 9:30 a.m. before the Honorable Kandis A. Westmore.

Dated: September__21__, 2015

___*Kandis Westmore*___
KANDIS A. WESTMORE
United States Magistrate Judge