ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland CA 94607
510.452.8400 t
510.452.8405 f
erik@babcocklawoffice.com

Attorney for Defendant OCHOA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 4:08-00326 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE ON FORM 12** |
| v. | |
| ANTHONY DAVID OCHOA, | |
| Defendant. | |

Defendant Ochoa is set to appear before this court on February 27, 2018 for an initial appearance regarding revocation of his supervised release. Counsel for the defendant is now unavailable that date as he was sent out for trial in state court last week in People v. Hoffman, Shasta County Superior Court No. 08-6128. The first available date for the parties and Probation Department is April 10, 2018. Mr. Ochoa is out of custody. Accordingly, IT IS STIPULATED between the parties, with the concurrence of the Probation Department, that the

///

///

///

Stipulation Continuing Hearing,
United States v. Ochoa, No. 08-cr-326 CW

hearing currently set for February 27, 2018 may be vacated and reset for April 19, 2018. [April 10, 2018 is closed to settings].

**SO STIPULATED**.

Dated: February 23, 2018      /s/Erik Babcock
ERIK BABCOCK
Attorney for Defendant OCHOA

Dated: February 23, 2018      /s/Ellen Swain
ELLEN SWAIN
Assistant U.S. Attorney

SO ORDERED.

Dated: February 23, 2018

HONORABLE CLAUDIA WILKEN
U.S. District Judge